# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

United States of America,

Crim. No. 10-339 (PJS/JJK)

Plaintiff,

v.

**ORDER**

(9) Jose Rusben Alamo-Santellanes, also
known as Paco,

Defendant.

Jeffrey S. Paulsen, Esq., United States Attorney's Office, counsel for Plaintiff.

Kevin M. O'Brien, Esq., O'Brien Law Office, counsel for Defendant.

The above matter comes before the Court upon the Report and Recommendation of

United States Magistrate Judge Jeffrey J. Keyes dated February 26, 2012. No objections have

been filed to that Report and Recommendation in the time period permitted. Based on the

Report and Recommendation of the Magistrate Judge, on all of the files, records, and

proceedings herein, the Court now makes and enters the following Order.

**IT IS HERERBY ORDERED** that:

1.  Defendant's Pretrial Motion to Suppress Evidence Obtained as a Result of Search

and Seizure (Doc. No. 488), is **DENIED**; and

2.  Defendant's Pretrial Motion to Suppress Evidence Obtained from Electronic

Surveillance (Doc. No. 490), is **DENIED**.

Date: 03/19/13

s/Patrick J. Schiltz
Patrick J. Schiltz
United States District Judge